UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL CASTILLO,

          Plaintiff,

-against-

M & M PIZZA CORP. d/b/a 10TH AVENUE
PIZZA & CAFE and MOHAMED NASSAR,

          Defendants.

16 Civ. 0755 (GHW)(GWG)

## MOTION TO WITHDRAW AS COUNSEL

      Washcarina Martinez Alonzo, the undersigned counsel, respectfully moves to withdraw as counsel for plaintiff Miguel Castillo, in the above-captioned matter, as her last day with the law firm of Pechman Law Group PLLC will be July 1, 2016. Pechman Law Group PLLC will continue to represent the plaintiffs in this matter, and no party will be prejudiced if this Motion is granted.

      WHEREFORE, undersigned counsel and the plaintiff respectfully request that this Court permit Washcarina Martinez Alonzo to withdraw as counsel for the plaintiffs in this matter.

Dated:  New York, New York
          June 30, 2016

                              PECHMAN LAW GROUP PLLC

                      By: _____
                              Washcarina Martinez Alonzo
                              488 Madison Avenue – 11th Floor
                              New York, New York 10022
                              (212) 583-9500
                              martinez@pechmanlaw.com