```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIGUEL CASTILLO

                                  Plaintiff,

                     1:16-cv-755-GHW

      -against-

                  ORDER OF REFERENCE TO A
                    MAGISTRATE JUDGE

MOHAMED NASSAR and M&M PIZZA CORP.,
*doing business as 10th Avenue Pizza & Cafe*

                               Defendants.
-----------------------------------------------------------------X

The above entitled action is referred to Magistrate Judge Gorenstein for the following purpose:

___ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:
_____
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__X__ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e,.* motion requiring Report and Recommendation)

Particular motion:
_____
_____
_____

All such motions: _____

        SO ORDERED.

Date:  November 4, 2016
       New York, NY

                                           GREGORY H. WOODS
                                          United States District Judge